UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

FILED
APR 19 2016
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| vs. | § § § | NO: WA:16-CR-00050(1)-RP |
| (1) BOLA ELEMUREN, M.D., PROFESSIONAL ASSOCIATION | § | |

## CONSENT TO ADMINISTRATION OF GUILTY PLEA AND FED. R. CRIM. P. 11 ALLOCUTION BY UNITED STATES MAGISTRATE JUDGE

I, (1) BOLA ELEMUREN, M.D., PROFESSIONAL ASSOCIATION, the Defendant in the above-numbered and styled cause, with the advice and consent of my attorney, hereby agree and consent to be advised of my rights and to enter a voluntary plea of guilty before a United States Magistrate Judge. I understand that the plea is subject to the approval of the United States District Court and that sentencing will be conducted by the District Court.

**SIGNED** this 19th day of April, 2016.

_____
DEFENDANT

_____
ATTORNEY FOR DEFENDANT

_____
ASSISTANT U.S. ATTORNEY