# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS WACO DIVISION

FILED
APR 19 2016
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | WAIVER OF INDICTMENT |
| V. | ) | |
| | ) | |
| BOLA ELEMUREN, M.D., | ) | CASE NUMBER: W-16-CR-050 |
| Professional Association | ) | |
| | ) | |
| Defendant. | ) | |

**BOLA ELEMUREN, M.D., Professional Association**, the above named defendant, who is accused in one count of *Misprision of a Felony*, in violation of Title 18, United States Code, Section 4, being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on April 19, 2016, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Representative for BOLA ELEMUREN, M.D.
Professional Association
Defendant

_____
MICHAEL HEISKELL
Counsel for Defendant

BEFORE: _____
~~UNITED STATES DISTRICT JUDGE~~
UNITED STATES MAGISTRATE JUDGE