UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| United States of America | § § | |
| vs. | § § | NO: WA:16-CR-00050(1)-RP |
| (1) Bola Elemuren, M.D., Professional Association | § § | |

## ORDER

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed April 19, 2016, wherein the defendant Bola Elemuren, M.D., Professional Association waived appearance before this Court and appeared before United States Magistrate Judge Jeffrey Manske for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant Bola Elemuren, M.D., Professional Association to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (1) Bola Elemuren, M.D., Professional Association 's plea of guilty to Count 1 of the Information is accepted.

Signed this 2nd day of May, 2016.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE