# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NUMBER |
| | § | W-16-CR-050 |
| | § | |
| BOLA ELEMUREN, MD | § | |
| Professional Association | § | |

### DEFENDANT'S NOTICE OF WITHDRAWAL OF OBJECTION TO PRESENTENCE REPORT

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

COMES NOW, BOLA ELEMUREN, MD, Professional Association, by and through undersigned counsel and hereby gives notice of withdrawal from the court's consideration the objection to the Presentence Report and would show as follows:

I.

Defendant and counsel hereby withdraws the objection to the Presentence Report previously submitted. The restitution amount reflected in the Presentence Report is hereby accepted.

Respectfully submitted,

/s/ Michael P. Heiskell
Michael P. Heiskell
TXBAR: 09383700
Johnson, Vaughn, & Heiskell
5601 Bridge St., Suite 220
Fort Worth, TX 76112
Telephone: (817) 457-2999
Fax: (817) 496-1102
E-mail: mheiskell@johnson-vaughn-heiskell.com

## CERTIFICATE OF SERVICE

      I hereby certify that on August 16, 2016, I filed the foregoing document with the clerk for the U.S. District Court, Western District of Texas, Waco Division using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record, who have consented in writing to accept this Notice as service of the document by electronic means.

      /s/ Michael P. Heiskell
      Michael P. Heiskell