Case No: 6:16cr50

# Clerk's Copy
## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### WACO DIVISION

FILED 09/02/16
Doc. #27

SEP 0 2 2016

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

UNITED STATES OF AMERICA

v.

BOLA ELEMUREN, MD
Professional Association

Defendant.

Case Number: 6:16-CR-00050(1)-RP
USM Number: None

## JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

The defendant, BOLA ELEMUREN, was represented by Michael P. Heiskell.

The defendant pled guilty to Count One (1) of the Information on April 19, 2016. Accordingly, the defendant is adjudged guilty of such Count, involving the following offense:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18:4 | Misprision Of A Felony | 01/31/2016 | 1 |

As pronounced on August 29, 2016, the defendant is sentenced as provided in pages 2 through 6 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

Signed this 1st day of September, 2016.

*[signature]*

ROBERT PITMAN
United States District Judge